445 A.2d 251

Swemley v. Newcomer, Appellants.

Petition for Allowance of Appeal Denied July 19, 1982.

Argued March 23, 1981. Dennis A. Alessi, for appellants; Allen H. Smith, for appellee.

Before PRICE, WIEAND and LIPEZ, JJ.

Order affirmed.

445 A.2d 251

Trenwith, et al. v. Civello, et al., Appellants.

Argued June 12, 1980. William W. Spalding, for appellants; Alvin Freiberg, for appellees.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Order affirmed.

HESTER, J. concurred in the result.